IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEATHERHAVEN RESOURCES, INC. and WEATHERHAVEN INTERNATONAL LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>VANTEM MODULAR, LLC, VANTEM COMPOSITE TECHNOLOGIES, LLC, and MODULAR SPACE CORPORATION,<br><br>    Defendants. | Civil Action No. 13cv886<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Weatherhaven Resources, Inc. and Weatherhaven International Limited ("plaintiffs" or "Weatherhaven") bring this Complaint for patent infringement against defendants Vantem Modular, LLC, Vantem Composite Technologies, LLC, and Modular Space Corporation ("defendants"), and allege as follows:

**THE PARTIES**

1.   Weatherhaven Resources, Inc. ("Weatherhaven USA") is a Washington corporation having a principal place of business at 3926 Irongate Road, Bellingham,

COMPLAINT FOR PATENT INFRINGEMENT
(Case No. 13cv886 ) ....................................................... 1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

Washington.  Weatherhaven USA is a wholly owned subsidiary of Weatherhaven Resources Ltd. ("Weatherhaven Canada"), which is a Canadian corporation having a principal place of business at 8355 Riverbend Court, Burnaby, British Columbia, Canada.

2. Weatherhaven International Limited ("Weatherhaven International") is a Barbados company having a place of business at L'Horizon, Gunsite Road, Brittons Hill, St. Michael, Barbados.  Weatherhaven International is a wholly owned subsidiary of Weatherhaven Canada.

3. On information and belief, defendant Modular Space Corporation ("ModSpace") is a Delaware corporation having a principal place of business in the United States at 1200 Swedesford Road, Berwyn, Pennsylvania.  ModSpace conducts business throughout the United States, and has a branch office at 19432 East Valley Highway, Kent, Washington.

4. On information and belief, defendant Vantem Modular, LLC is registered as a Limited Liability Company in the State of Delaware, with a principal place of business at 710 FM 306, New Braunfels, Texas.

5. On information and belief, defendant Vantem Composite Technologies, LLC is registered as a Limited Liability Company in the State of Delaware, with a principal place of business at 7575 Drive Phillips Boulevard, Suite 205, Orlando, Florida.  On information and belief, Vantem Composite Technologies, LLC is affiliated with Vantem Modular, LLC.

**JURISDICTION AND VENUE**

6. This action is for patent infringement arising under the patent laws of the United States, Title 35 United States Code.  This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

COMPLAINT FOR PATENT INFRINGEMENT
(Case No. 13cv886 ) ...................................................... 2

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

7. On information and belief, ModSpace is subject to personal jurisdiction in the Western District of Washington, consistent with the principles of due process and the Washington Long Arm Statute, because ModSpace maintains offices and facilities in this district, offers its products for sale in this district, has transacted business in this district, has committed and induced acts of patent infringement in this district, and has placed infringing products into the stream of commerce and/or has offered to do so through established distribution channels with the expectation that such products will be purchased or leased by residents and businesses of this district.

8. On information and belief, Vantem Modular, LLC and Vantem Composite Technologies, LLC (collectively, "Vantem") are subject to personal jurisdiction in this district by virtue of distributing its infringing products and/or offering to do so through ModSpace, who sells, offers for sale, and/or leases the infringing products throughout the United States, including this district.

9. Venue is proper under 28 U.S.C. §§ 1391(b), (c), (d), and/or 1400(b).

## BACKGROUND

10. Weatherhaven was founded in 1981, and creates portable shelters and shelter systems.

11. Weatherhaven initially provided shelters to customers in the expedition and mineral exploration sectors – people who had camps that were situated in remote locations and often in harsh climates. Weatherhaven has since become a major supplier of shelter systems for government, military and medical projects all over the world. Weatherhaven shelters continue to improve the standard of living, working conditions, and well-being of the people who occupy them.

COMPLAINT FOR PATENT INFRINGEMENT
(Case No. 13cv886 ) ....................................................... 3

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

12. Weatherhaven has an active and intensive research and development program that continually updates existing products and researches new and innovative shelter solutions and business venture opportunities to meet end user requirements.

13. Weatherhaven International owns U.S. Patent No. 8,166,715 ("the '715 patent"), entitled "Collapsible Modular Shelter for Containerized Transportation," issued by the United States Patent and Trademark Office on May 1, 2012. A copy of the '715 patent is attached as Exhibit A.

14. The '715 patent is directed to a containerized portable shelter that forms a fraction (e.g., one-half) of a standard ISO container so that a plurality of modular units can be joined to form a standard ISO container, an embodiment of which is shown below.



15. The named inventor on the '715 patent is James Buchanan De Azambuja.

**COUNT FOR PATENT INFRINGEMENT**

16. Weatherhaven realleges and incorporates by reference paragraphs 1 – 15.

COMPLAINT FOR PATENT INFRINGEMENT
(Case No. 13cv886 ).......................................................... 4

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

17. Upon information and belief, defendants have infringed and continue to infringe one or more claims of the '715 patent under 35 U.S.C. § 271, by making, using, offering to sell, or selling infringing containerized portable shelters.

18. On information and belief, Vantem manufactures, uses, offers to sell, and sells a compact foldable buildings branded as the SPACEMAX®, including the SpaceMax S-2, SpaceMax S-3, SpaceMax 350, and SpaceMax 350M ("SpaceMax products").  Images of the products are shown in Exhibit B.  On information and belief, the SpaceMax products infringe one or more claims of the '715 patent.

19. On information and belief, ModSpace uses, offers to sell, sells, and/or distributes the SpaceMax units manufactured by Vantem.  Images of the product are shown in Exhibit C.

20. Defendants have been and are directly infringing, inducing infringement of, and/or contributorily infringing the '715 patent by, among other things, making, using, offering to sell or selling in the United States, or importing into the United States, products and/or services that are covered by the ' 715 patent.

21. On information and belief, Vantem's and ModSpace's infringement arises from the manufacture, use, offer for sale, or sale of the same SpaceMax products, which are manufactured, used, offered for sale or sold by Vantem, used, offered for sale, distributed, leased and/or sold by ModSpace.

22. Defendants have profited through infringement of the '715 patent.  As a result of defendants' unlawful infringement of the '715 patents, Weatherhaven has suffered and will continue to suffer damage.  Weatherhaven is entitled to recover from defendants the damages suffered by it as a result of defendants' unlawful acts.

COMPLAINT FOR PATENT INFRINGEMENT
(Case No. 13cv886 ) ...................................................... 5

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

23. Vantem has had actual knowledge of the '715 patent since at least October 2012, when Weatherhaven identified the patent to Vantem Modular, LLC's President and Vantem Composite Technologies, LLC's Chief Production Engineer, Ramon Kalinowski.

24. On information and belief, defendants' infringement of the '715 patent is willful and deliberate, entitling plaintiffs to enhanced damages and reasonable attorney fees and costs.

25. On information and belief, defendants intend to continue their unlawful infringing activity, and Weatherhaven continues to, and will continue to, suffer irreparable harm—for which there is no adequate remedy at law—from such unlawful infringing activity unless defendants are enjoined by this Court.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request the following relief:

1. A judgment declaring that defendants infringed the '715 patent;

2. A judgment declaring the '715 patent valid and enforceable;

3. A judgment awarding Weatherhaven compensatory damages as a result of defendants' infringement of the '715 patent, together with interest and costs, and in no event less than a reasonable royalty;

4. A judgment declaring defendants' infringement of the '715 patent was willful, and an order for treble damages, together with interest and costs, be awarded under 35 U.S.C. § 284, or as otherwise permitted by law;

5. An order enjoining defendants from manufacturing, importing, using, offering for sale, and selling SpaceMax products that infringe the '715 patent;

6. A permanent injunction against defendants' infringement of the '715 patent;

COMPLAINT FOR PATENT INFRINGEMENT
(Case No. 13cv886 ) ........................................................ 6

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

7.     A finding that the present case is exceptional and that attorney fees be awarded to plaintiffs under 35 U.S.C. § 285, or as otherwise permitted by law;

8.     Costs and expenses in this action; and

9.     Such other relief as this Court may deem proper.

**DEMAND FOR JURY TRIAL**

Weatherhaven hereby demands a trial by jury of all issues in this case.

DATED this 20th day of May 2013,

Respectfully submitted,

SEED IP Law Group PLLC

/s    William O. Ferron
William O. Ferron, Jr., WSBA No. 17643
BillF@Seedip.com

/s    Michael J. Freno
Michael J. Freno, WSBA No. 45692
MikeF@Seedip.com

/s    Lorraine Linford
Lorraine Linford, WSBA No. 21053
LorraineL@Seedip.com
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
Telephone: 206.622.4900

Attorneys for Plaintiffs
WEATHERHAVEN RESOURCES, INC. and
WEATHERHAVEN INTERNATIONAL LIMITED

COMPLAINT FOR PATENT INFRINGEMENT
(Case No. 13cv886 ) ....................................................... 7

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900